**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, April 16, 2015 1:45:51 PM
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2606 IN RE: Benicar (Olmesartan) Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 4/16/2015 at 9:45 AM EDT and filed on 4/16/2015

| | |
|---|---|
| **Case Name:** | IN RE: Benicar (Olmesartan) Products Liability Litigation |
| **Case Number:** | MDL No. 2606 |
| **Filer:** | |
| **Document Number:** | 128 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s) *re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542,**

**MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Hogan et al v. Daiichi Sankyo, Inc. et al
**Case Number:** NYS/1:15-cv-00287
**Filer:**
**Document Number:** 16

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s) *re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Beckjorden, et al. v. Daiichi Sankyo, Inc., et al.
**Case Number:** MN/0:15-cv-00160
**Filer:**
**Document Number:** 12

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s) *re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in****

***NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Kemp v. Daiichi Sankyo, Inc. et al
**Case Number:** FLS/1:15-cv-21144
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s) *re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Manley v. Daiichi Sankyo, Inc. et al
**Case Number:** OR/3:14-cv-01950
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

| | |
|---|---|
| **Case Name:** | PINCKNEY ET AL., V. DAIICHI SANKYO, INC., ET AL. Pinckney et al v. Daiichi Sankyo, Inc. et al |
| **Case Number:** | NCM/1:15-cv-00173 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542,**

**MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Stirnaman v. Daiichi Sankyo Inc et al
**Case Number:** ILS/3:15-cv-00041
**Filer:**
**Document Number:** 23

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** O'Neill v. Daiichi Sankyo, Inc. et al
**Case Number:** MN/0:15-cv-00176
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in***

***NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Jones v. Daiichi Sankyo, Inc. et al
**Case Number:** LAM/3:15-cv-00099
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Verduzco et al v. Daiichi Sankyo, Inc. et al
**Case Number:** CAN/3:15-cv-00159
**Filer:**
**Document Number:** 20

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

| | |
|---|---|
| **Case Name:** | Deming v. Daiichi Sankyo, Inc. et al |
| **Case Number:** | MN/0:15-cv-00542 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287,**

**NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Himel et al v. Daiichi Sankyo, Inc. et al
**Case Number:** LAE/2:15-cv-00792
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s) *re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Twila Aldrich v. Daiichi Sankyo, Inc. et al
**Case Number:** CAC/2:15-cv-00429
**Filer:**
**Document Number:** 13

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s) *re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in*

***NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Love et al v. Daiichi Sankyo, Inc. et al
**Case Number:** ALN/2:15-cv-00192
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Meyer v. Daiichi Sankyo, Inc. et al
**Case Number:** MOE/1:15-cv-00042
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Freeman v. Daiichi Sankyo, Inc. et al
**Case Number:** FLS/1:15-cv-21145
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287,**

**NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Heckaman v. Daiichi Sankyo, Inc. et al
**Case Number:** OHN/5:15-cv-00574
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Matheny v. Daiichi Sankyo, Inc. et al
**Case Number:** MSN/3:15-cv-00026
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in***

***NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** MILLER v. DAIICHI SANKYO INC et al
**Case Number:** ME/2:15-cv-00017
**Filer:**
**Document Number:** 19

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s) *re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** McMurray et al v. Daiichi Sankyo, Inc. et al (PLR2)
**Case Number:** TNE/3:15-cv-00103
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

| | |
|---|---|
| **Case Name:** | Mcallister v. Daiichi Sankyo, Inc. et al |
| **Case Number:** | ALM/2:15-cv-00171 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s)** ***re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287,**

**NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Phillips v. Daiichi Sankyo Incorporated et al
**Case Number:** AZ/2:15-cv-00227
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s) *re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**

**Case Name:** Bonanni v. Daiichi Sankyo, Inc. et al
**Case Number:** NYS/1:15-cv-00605
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 22 action(s) *re: pldg. (2 in ALM/2:15-cv-00171, 5 in ALN/2:15-cv-00192, 1 in AZ/2:15-cv-00227, 11 in CAC/2:15-cv-00429, 18 in CAN/3:15-cv-00159, 3 in FLS/1:15-cv-21144, 3 in FLS/1:15-cv-21145, 21 in ILS/3:15-cv-00041, 1 in LAE/2:15-cv-00792, 2 in LAM/3:15-cv-00099, [122] in MDL No. 2606, 17 in ME/2:15-cv-00017, 10 in MN/0:15-cv-00160, 1 in MN/0:15-cv-00176, 8 in MN/0:15-cv-00542, 1 in MOE/1:15-cv-00042, 1 in MSN/3:15-cv-00026, 9 in NCM/1:15-cv-00173, 14 in NYS/1:15-cv-00287, 5 in***

***NYS/1:15-cv-00605, 3 in OHN/5:15-cv-00574, 1 in OR/3:14-cv-01950, 1 in TNE/3:15-cv-00103)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/16/2015.**

**Associated Cases: MDL No. 2606, ALM/2:15-cv-00171, ALN/2:15-cv-00192, AZ/2:15-cv-00227, CAC/2:15-cv-00429, CAN/3:15-cv-00159, FLS/1:15-cv-21144, FLS/1:15-cv-21145, ILS/3:15-cv-00041, LAE/2:15-cv-00792, LAM/3:15-cv-00099, ME/2:15-cv-00017, MN/0:15-cv-00160, MN/0:15-cv-00176, MN/0:15-cv-00542, MOE/1:15-cv-00042, MSN/3:15-cv-00026, NCM/1:15-cv-00173, NYS/1:15-cv-00287, NYS/1:15-cv-00605, OHN/5:15-cv-00574, OR/3:14-cv-01950, TNE/3:15-cv-00103 (LAH)**